# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 2, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135052(75)

ALLEN M. HARTMAN, Personal
Representative of the Estate of
Mary Lou Hartman,
          Plaintiff-Appellant,

v                                              SC: 135052
                                               COA: 257536
                                               St. Clair CC: 02-000445-NH
PORT HURON HOSPITAL, FORREST
BRYAN FERNANDEZ,M.D., and JALAL
UD-DIN AKBAR, M.D.,
          Defendants-Appellees.
_____

        On order of the Chief Justice, the motion by defendant- appellee to allow late filing of their motion for review of the taxation of costs is considered and it is GRANTED and the Clerk is directed to file the motion today.  Plaintiff-appellant may respond to the motion by April 15, 2008.



        I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 2, 2008                    _____

                                                      Clerk